HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
FERNANDO CASAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  1:13-cr-0014 LJO |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE DATE TO FILE A REPLY |
| vs. ) | |
| FERNANDO CASAS, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the reply brief due October 11, 2016 may be due October 19, 2016.

On June 21, 2016, the Federal Defender's Office ("FDO") filed a motion pursuant to 28 U.S.C. § 2255.  This Court issued a briefing schedule by Order on July 5, 2016 setting the government's response due on August 22, 2016 and the FDO's reply due 60 days after the government filed its response.  The government filed its response on August 22, 2016, which made defendant's reply due on October 21, 2016.

On September 30, 2016, this Court issued a new briefing schedule making defendant's reply due 10 days from the order (October 11, 2016).  The undersigned defense counsel is managing all of the § 2255 motions pertaining to *Johnson v. United States,* 135 S. Ct. 2551 (2015) for the Eastern District of California, Fresno, which is approximately 47 cases that are at various stages in the litigation process, and which require careful management of many different

deadlines.  Because it is difficult to shift one § 2255 petition ahead of another on short notice, defense counsel requests an eight day extension from the Court's most recent order which would mean the defendant would file two days earlier than the Court's previously established briefing schedule.

The government does not oppose the requested briefing schedule.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  September 30, 2016          */s/ Laurel Montoya*
                                    LAUREL MONTOYA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  September 30, 2016          */s/ Peggy Sasso*
                                    PEGGY SASSO
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    FERNANDO CASAS

**O R D E R**

IT IS SO ORDERED.

   Dated:  **October 3, 2016**          /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE